CR 15 305

SLT:MEL
F. #2015R00978/OCDETF#NYE-NY-764

FILED
CLERK

2015 JUN 17 PM 4:18

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

EDUARD FERNANDO GIRALDO
CARDOZA,
 also known as "Boliqueso,"

 Defendant.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§ 853(a), 853(p), 959(c),
960(b)(1)(B)(ii) and 963; T. 18, U.S.C.,
§§ 3238 and 3551 et seq.)

MATSUMOTO, J.

SCANLON, M.J.

THE GRAND JURY CHARGES:

### INTERNATIONAL COCAINE DISTRIBUTION CONSPIRACY

1. In or about and between May 2011 and December 2014, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant EDUARD FERNANDO GIRALDO CARDOZA, also known as "Boliqueso," together with others, did knowingly and intentionally conspire to distribute a substance containing cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, contrary to Title 21, United States Code, Sections 959(a) and 960(a)(3). The amount of cocaine involved in the conspiracy attributable to the defendant as a result of his own

FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D.N.Y.

★ JUN 17 2015 ★

BROOKLYN OFFICE

conduct, and the conduct of other conspirators reasonably foreseeable to him, was five kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 963, 959(c) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3238 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in this Indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

*Robert Hoff*
FOREPERSON

*Kelly T. Currie*
KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2015R00978/OCDETF #NYNYE-764
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

EDUARD FERNANDO GIRALDO CARDOZA,

Defendant.

# INDICTMENT

( T. 21, U.S.C., §§ 853(a), 853(p), 959(c), 960(b)(1)(B)(ii) and 963; T. 18, U.S.C., §§ 3238 and 3551 et seq.)

A true bill.

_____Robert [signature]_____
Foreperson

Filed in open court this ___17th___ day of __JUNE__ A.D. 20 _15_

_____
Clerk

Bail, $ _____

Margaret Lee, Assistant U.S. Attorney (718) 254-6205